IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. _21-cv-00876-PAB-KMT_____

Kevin Taylor

 Plaintiff.

v.

United States of America

 Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:14 am, Feb 22, 2022
JEFFREY P. COLWELL, CLERK

REBUTTAL/OBJECTION TO DECISION

I've tried and tried to do everything I could do to evoke some kind of justice. Do with this as you wish. I don't know how to write a rebuttal just like I haven't known how to write anything else for the court. I've put in my effort only to be dismissed and gaslighted. Everyone in the VA knows that they are untouchable and that they dictate matters. I didn't want money, I wanted accountability. I wanted to have a sit down where they could help with what's been done to me and find solutions, to at least make an effort. Nothing can be done to them and I couldn't even get an apology or efforts of concern for the hell they have created for me. There is no remorse for any of what they've done and continue to do to me. Now the justice system has again failed me. A team of lawyers against one stupid Vet with little to no consideration of the prejudice between and disadvantage of having to face a seemingly god-like entity alone.

The VA has gotten away with stripping me completely naked, parading me in front of other veterans, and a sexual assault that was physically brutal and happened on video surveillance intentionally lied about, hidden, then destroyed. They've gotten away with holding me captive

for hours without just cause. They got away with erroneously putting me on a certification hold where I wasn't given my right to appeal at any time for 30 days. They're getting away with humiliating me beyond measure by the already identified nurse, injuring my body irreparably, leaving me unable to function as a normal man and jeopardizing any relationship I ever have. It is documented to be for life by a medical professional who directly tied it to the medication I was forced to stay on for 3mo. He offered that a simple online search for post-SSRI sexual dysfunction has readily available scientific research to support. In any case, I begged to get off the medication. To do it on my own has risks that I've experienced before having stopped a medication without guidance in the past. Defense argued different doc, different time doesn't speak to reality. I was never given informed consent to even make a judgement for myself and my complaints ignored even though there was absolutely no efficacy and the basic knowledge that if there are unwanted or unbearable side effects that you go back to have the medication adjusted, add, or change the medication at the request of the patient, common knowledge attached in writing to every prescription in the US. Even over the counter medication has warnings required by law that give direction on what to do in case of emergency or harmful reactions, including to see a doctor if there are harmful side effects.

They're getting away with harassing me extensively, and yeah there was physical threat to my person numerous times. They're getting away with sending me to court over a lie, threatening me with a year in federal prison and a $10,000 fine, that I had dismissed, only to still be treated the last 4 ½ yrs like a violent criminal. They're getting away with tampering with my medical records constantly, leaving me in excruciating pain and immobilized, delaying my access to healthcare, taking away my access to healthcare to include going without my mental health

provider for months, medication for days, creating gaps between authorizations for pain management, my physician, physical and mental health therapy, interrupting continuity of care… and they care about my mental health, my physical wellbeing?

I provided the court names and license numbers of people involved and it was rejected by the court. I have proof of what all has been done to harm me mentally and physically and that it was intentional and the court didn't care for none of it. Just a sample of the initial bias is how the court and defense set a requirement for something not afforded to a private citizen. Like I stated, FACT: there is no mention of a "certificate of review". in the guide to do a tort claim. FACT: there is no explanation of what a "certificate of review" is, what to do to get it, or directions. FACT: there is no form on the court's website under "forms" or anywhere else I looked online. So, the court requires something that essentially don't exist for a private citizen, yet state that the absence is vital to proceeding. "You should have a lawyer because….", well I wasn't afforded a lawyer for reasons beyond my ability to pay. Lawyers seemingly only go after the VA for deaths and missing limbs or whatever.

Nobody cares about a veteran or listens until they're dead from it. So, the last resort is suicide. IF, understand I say IF, the VA continues screwing with me and my life, I'm done. There is only so much a person can go through before they end up killing themselves. I've done everything not to and nobody has cared. I have enough other things I've suffered in life only to have the entity that's supposed to be my main resource treat me like I'm absolutely nothing. Now having become a kill-switch. I go down, they go down, especially those whom I have identified (no, I <u>AM NOT</u> hinting at homicide, I'm talking the end of their careers and wrongful death suits for

their participation in pushing me to suicide). Again IF, IF I should go through with suicide at whatever point the VA drives me to it, all of the names, all the evidence, all of what the VA has done to me, all of the pictures of injuries inflicted by VA employees, all of the records that have been tampered with, all of the records of me attempting to have something done and get help. My trying to speak to the local VA's administration, going to the congressman, the White House hotline, the OIG, the General Counsel, the Regional Counsel, the VA's VISN 19, the Under Secretary of the VA's office, the Secretary of the VA's office, the courts, and whatever other entity I've attempted to go through. All of it will be delivered directly to media across the US in the wake of my death through friends and other means. This "plan" is known by those in the VA. They don't take it seriously and won't until it happens. Ask anyone, I'm not another Vet that's going to leave a simple suicide note to be censored from the public. I'm not going to be another Veteran whom the VA says they "tried to help" and that they "need to do better" and that they make some oath to develop a program for "better prevention" that never comes to fruition.

None of this is a threat, it's a statement concerning current matters as they are. IF nothing ever changes, I'm just simply done. It's on the VA as to how much they want to continue harming me to get to their goal of having another Veteran gone. The VA IS the direct cause of too many Vets killing themselves. I'm doing everything I can to not be one of the 22, but everyone has a breaking point. You would too.

February 17, 2022                                                                 Respectfully submitted,
                                                                                  Kevin Taylor
                                                                                  5160 Bridle Pl
                                                                                  Colorado Springs, CO 80918
                                                                                  (719) 310-5933
                                                                                  USMC97.kt@gmail.com